# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

**JOHN RAMSEY**
Assistant Attorney General
General Litigation Division

PHONE: (512) 936-1322
FAX: (512) 320-0667
EMAIL: john.ramsey@oag.texas.gov

April 2, 2025

*Via E-File*

US District Clerk's Office
500 North State Line Ave, Third Floor
Texarkana, Texas 75501

Re:   *Nelson Irizarry v. Texas A&M University – Texarkana;* No. 5:24-cv-00160-RWS; in the U.S. District Court for the Eastern District of Texas, Texarkana Division.

To Whom It May Concern:

    Please be advised that I will be out of the office and unavailable for hearings, settings, and any other event which would require a responsive pleading or my presence on the dates indicated below:

- April 8-22, 2025 (medical leave);
- June 26-July 10, 2025.

    By copy of this letter, I have notified all counsel of record.

    Thank you for your consideration in this matter.

Sincerely,

*[signature]*

John Ramsey
Assistant Attorney General
General Litigation Division
*Attorney for Texas A&M University-Texarkana*

cc: Frank W. Hill - via email