**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

NELSON IRIZARRY,
Plaintiff,
v.
TEXAS A&M UNIVERSITY
TEXARKANA,
Defendant.

CIVIL ACTION NO. 5:24-CV-00160-RWS

### MEDIATOR'S REPORT

Pursuant to the Court's order mediation was conducted on September 15, 2025.  All appropriate parties appeared and participated.  No settlement was reached, and  I suspended the mediation session.  I will, however, follow up with the parties, and continue to work with them in an effort to see if the case can be resolved prior to trial.

*/s/ William Cornelius*

WILLIAM CORNELIUS, MEDIATOR
bill@wcstrategicadr.com

### CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with the local rules of the

Court's CM/ECF system, on September 16, 2025.

_/s/ William Cornelius_
WILLIAM CORNELIUS, MEDIATOR