| | | |
|---|---|---|
| NELSON IRIZARRY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-00160-RWS |
| | § | |
| TEXAS A&M UNIVERSITY - | § | |
| TEXARKANA, | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY AMENDED DOCKET CONTROL
ORDER FOR LIMITED PURPOSE**

NOW COMES Plaintiff Nelson Irizarry ("Plaintiff"), and files this unopposed motion, seeking to modify the Amended Docket Control Order [Doc. 52], by extending the discovery cut-off by one week, for the limited purpose of taking one deposition and permitting Defendant Texas A&M University-Texarkana ("Defendant") additional time to respond to written discovery. Plaintiff respectfully shows:

1. The Amended Docket Control Order provides, in relevant part, as follows:

| | |
|---|---|
| **June 15, 2026** | Discovery Deadline. |

Defendant propounded written discovery on April 24, 2026, to which Plaintiff has responded. Plaintiff propounded written discovery on May 16, 2026, which is due June 15, 2026, in compliance with the Amended Docket Control Order. The parties, between the last week of April and the middle of May, agreed to schedule three depositions: Plaintiff would depose Dr. Sushil Sharma on June 3, 2026, Defendant would depose Plaintiff on June 10, 2026, and Plaintiff would depose Dr. Mohammed Morsy on June 11, 2026. All depositions were to be taken in compliance

with the Amended Docket Control Order.

2.      Plaintiff's deposition began on June 10, 2026, but did not conclude, in part due to technical difficulties which delayed its start-time. Then, during the course of the deposition on June 10, 2026, the court reporter scheduling for the June 11, 2026, deposition of Dr. Morsy had fallen through. The parties then agreed to finish Plaintiff's deposition on June 12, 2026, and to take Dr. Morsy's deposition thereafter. Due to scheduling conflicts between counsel and witness availability, the parties were unable to schedule Dr. Morsy's deposition prior to the expiration of the June 15, 2026 discovery deadline. Thus, the parties agreed that Dr. Morsy would be deposed June 18, 2026, subject to this Court's approval. In addition, Defendant's counsel has requested one additional week to respond to Plaintiff's written discovery requests, which Plaintiff does not oppose.

3.      Therefore, Plaintiff respectfully requests that the Amended Docket Control Order be modified, and the discovery deadline of June 15, 2026, be extended to June 22, 2026, for the limited purpose of allowing Plaintiff to depose Dr. Morsy on June 18, 2026, and allowing Defendant to serve its responses to Plaintiff's timely propounded discovery requests no later than June 22, 2026.

4.      Defendant is unopposed to this limited and narrow extension. This motion is not made for purposes of delay, but so that justice may be done. No other deadlines will be affected by this extension.

For the foregoing reasons, Plaintiff Irizarry respectfully requests that the Court grant this motion, issue an order modifying the Amended Docket Control Order by extending the parties' Discovery Deadline from June 15, 2026, to June 22, 2026, for the limited purpose of permitting

Plaintiff to depose Dr. Mohammed Morsy on June 18, 2026, and permitting Defendant to respond to Plaintiff's written discovery on or before June 22, 2026.

Respectfully submitted,

*/s/ Stefanie Klein*
FRANK HILL
Texas Bar No. 09632000
fh@hillgilstrap.com
STEFANIE M. KLEIN
Texas Bar No. 11565650
sklein@hillgilstrap.com
HILL GILSTRAP, P.C.
1400 West Abram Street
Arlington, Texas 76013

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Marlayna Ellis, counsel for Defendant, in person on June 10, 2026, and via email exchange later on June 10, 2026, and continuing June 11, 2026, regarding the relief sought in this Motion. Defendant's counsel is not opposed to such relief.

*/s/ Stefanie M. Klein*
Stefanie M. Klein

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, a true and correct copy of the foregoing document was served via the ECF system on all counsel of record, including counsel for Defendant.

*/s/ Stefanie Klein*
Stefanie Klein
