**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| NELSON IRIZARRY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-00160-RWS |
| | § | |
| TEXAS A&M UNIVERSITY - | § | |
| TEXARKANA, | § | |
| | § | |
| *Defendant.* | § | |

**<u>ORDER</u>**

Before the Court is Plaintiff's Unopposed Motion to Modify Amended Docket Control Order for Limited Purpose. (Docket No. 56). After reviewing the Motion, the Court is of the opinion that said Motion should be **GRANTED**. Accordingly, it is

**ORDERED** that the Motion is granted, and that the Discovery Deadline in this matter is extended to June 22, 2026, for the limited purpose of permitting Plaintiff to depose Dr. Mohammed Morsy on June 18, 2026, and permitting Defendant to respond to Plaintiff's written discovery on or before June 22, 2026.